**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF,<br><br>Petitioner,<br><br>vs.<br><br>HAULING SOLUTIONS, INC.,<br><br>Respondent. | Civil Action No.: 22-5203 (GC)<br><br>OPINION |

CASTNER, U.S.D.J.

THIS MATTER comes before the Court upon the Petition and Motion to Confirm Arbitration Award filed by Petitioners New Jersey Building Laborers Statewide Benefit Funds And The Trustees Thereof ("Petitioner") (ECF Nos. 1, 2). Respondent Hauling Solutions, Inc. ("Respondent") has not opposed. The Court has decided the motion based on the written submissions of the parties and without oral argument, pursuant to Local Civil Rule 78.1(b). For the reasons stated herein, Petitioner's Petition and Motion to Confirm the Arbitration Award are GRANTED.

Upon review of Petitioner's submissions, the Court finds that Respondent is bound by a collective bargaining agreement with Petitioner. (Pet. ¶ 6, ECF No. 1). Respondent is also bound by the Declaration of Trust of the New Jersey Building Laborers' Statewide Benefit Funds ("Trust Agreement"). (Pet. ¶ 7, ECF No. 1).

The Trust Agreement provides that "[t]he Trustees may take any action necessary or appropriate to enforce payment of the contributions, interest, damages, and expenses provided for herein[.]" (Pet. ¶ 8; Trust Agreement, Art. V, §4, Ex. D to Pet., ECF No. 1).

In accordance with these terms, this dispute was submitted to Arbitrator J.J. Pierson (the "Arbitrator"). Following a hearing held on July 26, 2022 and with proper notice to all parties, the Arbitrator entered an Award in writing on the same date. (Pet. ¶ 9) (Arb. Award, Ex. A to Pet., ECF No. 1). The Award indicates that Respondent was delinquent in making required contributions to Petitioner New Jersey Building Laborers' Statewide Funds between April 26, 2021 through January 16, 2022. (*Id.* ¶¶ 2-3).

This Court must confirm an arbitration award "unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title." 9 U.S.C. § 9. Having considered Petitioners' written submissions in light of Respondent's failure to oppose, and for good cause shown, this Court grants Petitioners' Petition and Motion to Confirm Arbitration Award. (ECF Nos. 1, 2). An appropriate Order will follow.

_____
GEORGETTE CASTNER, U.S.D.J.

Date: 12/16/22